UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LINDA NATALIE and WILLIAM J.
NATALIE,

                    Plaintiffs,
v.                                      Case No.  8:08-cv-520-T-33MAP

TARGET CORPORATION,

                    Defendant.
_____/

### ORDER

    This matter comes before the Court pursuant to the Notice of
Mediation (Doc. # 15), which was filed by Defendant on September
10, 2008.  This Court's Case Management and Scheduling Order (Doc.
# 14) referred the parties to court-annexed mediation and directed
the parties to mediate this case on or before January 21, 2009.
Local Rules 9.01 and 9.02 of the Middle District of Florida explain
that only mediators certified by the Chief Judge may preside as
mediators over court annexed mediation.  As such, the parties were
required to select a mediator from "the list of certified mediators
. . . available in the Clerk's Office or on the internet at
www.flmd.uscourts.gov under "Attorney Resources." (Doc. # 14 at 1).

    The Notice before the Court indicates that the parties have
selected Mark Shelton, Esq., a mediator who is not listed on the

certified mediator list of the Middle District of Florida.[1]

Accordingly, the parties are directed to select a certified mediator to preside over the mediation of their case and are further directed to file an amended notice of mediation.[2]

Counsel may access the certified mediator list on this Court's website at www.flmd.uscourts.gov.  The mediator list is located in the "Attorney Resources" section of the website.  The amended notice of mediation shall also state the date, time, and location of the mediation.

The parties shall file their amended notice of mediation within twenty (20) days of the date of this order.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

1.    Within twenty (20) days of the date of this order, the parties shall file an amended notice of mediation that indicates that the parties have selected a certified mediator, as required by Rule 9 of the Local Rules of the Middle District of Florida,

---

[1] The Notice also indicates that the mediation will take place on November 10, 2008, at 9:30 a.m. to be held at the office of the mediator at Northfork Professional Center, 1519 Dale Mabry Highway, Suite 100, Lutz, Florida 33548. (Doc. # 15).

[2] The parties are certainly entitled to submit their case to mediation with Mark Shelton at any time; however, mediation with Attorney Shelton does not relieve the parties of the requirement that they submit this case to court annexed mediation presided over by a certified mediator.  Alternatively, Attorney Shelton may endeavor to become a certified mediator under the Local Rules of this Court prior to the commencement of the mediation in this case.

to preside over the mediation of this case.

   **DONE** and **ORDERED** in Chambers in Tampa, Florida on this <u>11th</u>

day of September, 2008.

                              _Virginia M. Hernandez Covington_
                         VIRGINIA M. HERNANDEZ COVINGTON
                              UNITED STATES DISTRICT JUDGE


Copies:

All Counsel of Record

Mark Shelton, Esq.
Northfork Professional Center
1519 Dale Mabry Highway, Suite 100
Lutz, Florida 33548.